Lester Lane, Plaintiff-Appellant, v. John Warren, Individually, and John Warren, d/b/a John Warren Excavators, and/or John Warren Excavating Company, and Unknown Crane Operator, Defendants-Appellees.

Gen. No. 11,701.

Second District, Second Division.

May 23, 1963.

Charles Anesi and William R. Jacobs, II, of Chicago, and Joseph V. Kirincich, of Joliet (Sidney Z. Karasik, of counsel), for appellant; Gray, Thomas, Wallace & O'Brien, of Joliet (George M. O'Brien, of counsel), for appellee. Opinion by JUDGE CROW. Not to be published in full.